United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEFONTE T. ASHBY,

    Petitioner,

v.

ROBERT T. DOYLE, et al.,

    Respondents.

Case No. 22-cv-07417-TLT

**ORDER OF DISMISSAL**

Petitioner, a former state prisoner, filed this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The Court dismissed the petition with leave to amend to identify whether petitioner had exhausted his claims in state court and whether he was still in custody, and to name an appropriate respondent. ECF 11. The deadline for petitioner to file an amended petition has passed, and petitioner has not done so. Accordingly, this action is DISMISSED without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to prosecute, for failure to comply with the Court's May 31, 2023, order, and for failure to state a cognizable claim for federal habeas relief. The Clerk shall enter judgment in favor of respondents and against petitioner, and close the case.

**IT IS SO ORDERED.**

Dated: July 27, 2023

TRINA L. THOMPSON
United States District Judge